No. 1311, Misc. RANDEL v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. *Tom Martin Davis, Jr.,* for petitioner. *Crawford C. Martin,* Attorney General of Texas, and *R. L. Lattimore* and *Howard M. Fender,* Assistant Attorneys General, for respondent.

No. 1319, Misc. HAYES, AKA HASAN v. HENDRICK, COUNTY PRISONS SUPERINTENDENT. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Arlen Specter* for respondent.

No. 1411, Misc. LIPKA, ADMINISTRATRIX, ET AL. v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. *George S. Lettko* for petitioner Lipka et al. *Acting Solicitor General Spritzer, Assistant Attorney General Sanders, Alan S. Rosenthal* and *Martin Jacobs* for the United States.

No. 1452, Misc. MILLS v. CICCONE, WARDEN. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for respondent.

No. 1456, Misc. CHOPPING v. FIRST NATIONAL BANK OF LANDER. Sup. Ct. Wyo. Certiorari denied. *John J. Spriggs, Sr.,* and *John J. Spriggs, Jr.,* for petitioner.

No. 1457, Misc. GINGER v. CIRCUIT COURT FOR THE COUNTY OF WAYNE ET AL. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Aloysius J. Suchy* and *George H. Cross* for Circuit Court for the County of Wayne et al., and *Peter P. Gilbert* for State Bar of Michigan et al., respondents.

No. 1468, Misc. FAUSTIN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.